STATE of Missouri, Respondent,

v.

Archie BUCKLEY, Appellant.

No. WD 42022.

Missouri Court of Appeals,
Western District.

Oct. 30, 1990.

Willard B. Bunch, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from convictions of burglary in the second degree, § 569.170, RSMo 1986, and stealing, § 570.030, RSMo 1986, and from concurrent sentences of four years' imprisonment.

Judgment affirmed. Rule 30.25(b).

Melvin Roy KAVANAUGH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42721.

Missouri Court of Appeals,
Western District.

Oct. 30, 1990.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and CLARK and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from denial of a motion for post-conviction relief pursuant to former Rule 27.26.

Judgment affirmed. Rule 84.16(b).